RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 12/14/12

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| KEVIN LAMAR PITTS | * | CIVIL ACTION NO. 12-1010 |
|---|---|---|
| VERSUS | * | JUDGE ROBERT G. JAMES |
| WARDEN, LOUISIANA STATE PENITENTIARY | * | MAG. JUDGE KAREN L. HAYES |

# RULING

Pending before the Court is a Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2254 [Doc. No. 1] filed by Petitioner Kevin Lamar Pitts. On October 30, 2012, Magistrate Judge Karen L. Hayes issued a Report and Recommendation [Doc. No. 20] recommending that the Court deny Petitioner's claims and dismiss his Petition with prejudice. The Court has considered the Report and Recommendation, along with Petitioner's written objections [Doc. Nos. 21 & 22], and has conducted a *de novo* review of the record. The Court agrees with and hereby ADOPTS the Magistrate Judge's Report and Recommendation. The Court further finds that the State court's adjudication of Petitioner's claims did not result in a decision that was contrary to, or involved an unreasonable application of, clearly established Federal law, nor did the State court's adjudication result in a decision that was based on an unreasonable determination of the facts in light of the evidence presented in the State court proceedings. Therefore, Petitioner's Petition is

**DENIED and DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 14 day of December, 2012.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE