RECEIVED
USDC, WESTERN DISTRICT
TONY R. MOORE, CLERK
DATE 12/14/12

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | | |
|---|---|---|
| **KEVIN LAMAR PITTS** | * | **CIVIL ACTION NO. 12-1010** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **WARDEN, LOUISIANA STATE PENITENTIARY** | * | **MAG. JUDGE KAREN L. HAYES** |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned *habeas* case, the Court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

The certificate of appealability is DENIED because the applicant has failed to make a substantial showing of the denial of a constitutional right.

MONROE, LOUISIANA, this 14 day of December, 2012.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE